UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GEORGE LUKON | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 10-10127-PBS |
| DELL, INC. and XYRATEX INT'L, INC. | ) | |
| Defendants. | ) | |

ORDER ON MOTION TO COMPEL DISCOVERY

February 14, 2011

SOROKIN, M.J.

Pending before the court is Plaintiff's Motion to Compel further responses to Plaintiff's Interrogatories.

1. Plaitniff's Motion to Compel Interrogatory Answers

Interrogatory No. 5 - Defendant shall respond regarding the individuals it identified in response to Interrogatory No. 6. In all other respects, regarding this Interrogatory, the Motion to Compel is DENIED.

Interrogatory No. 6 - The Motion to Compel is DENIED regarding this Interrogatory.

Interrogatory Nos. 7, 8, & 9 - In these Interrogatories, the Plaintiff seeks several pieces of information which it believes relevant to the size of any punitive damage award. According to defendant, the information is publicly available in Dell's Annual Reports. To the extent the

1

information is already publicly available, Dell shall supplement with the responses by citing the publicly available sources. If not, Dell shall supplement no later than fifteen days after the ruling on summary judgment permitting the punitive damage claim to proceed.

Interrogatory No. 10 - The Motion to Compel is DENIED as to this Interrogatory.

Interrogatory Nos. 11, & 13 - Dell's objection that Plaintiff exceeded the number of permitted interrogatories due to the number of discrete subparts is OVERRULED. Dell shall respond to Interrogatory Nos. 11 & 13. Certain interrogatories seek the factual basis for affirmative defenses asserting only legal defenses, e.g. affirmative defense number 9 contending that punitive damages are not available under the statute. Regarding these such defenses, Dell shall answer regarding the relevant facts, if any.

Interrogatory No. 15 - The Motion to Compel is DENIED as to this Interrogatory.

2. <u>Plaintiff's Motion to Compel Document Discovery</u>

Requests No. 5 - The Motion to Compel is DENIED as to this Request.

Request No. 6 - The Motion is ALLOWED as to this request with the further limitation that it is allowed only as to management level or sales employees.

Request No. 7 - The Motion is ALLOWED as to this request the same further limitation imposed on Request No. 6.

Request No. 8 & 9 - The Motion is ALLOWED as to these two requests.

Requests No. 36 & 37 - The Motion to Compel is DENIED as to these requests.

Request No. 38 - The Motion to Compel is DENIED as to this Request.

Request No. 40 - The Motion to Compel is DENIED as to this request.

Request No. 43 - The Motion to Compel is DENIED as Defendant represents that it has complied with this request.

Request No. 46 - The Motion to Compel is DENIED as to this request.

3.  Conclusion

Accordingly, the Motion to Compel Interrogatories (Docket # 29) and the Motion to Compel Documents (Docket # 33) are both DENIED EXCEPT AS STATED HEREIN.

SO ORDERED.

    /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE